Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Stadium Bar LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | **2:22-bk-51438** |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Carney Ranker Architects** 5925 Wilcox Place Suite E Dublin, OH 43016 | 614-792-1002 | Architectural Services | | | | $16,500.00 |
| **Commercial Parts and Service** P.O. Box 36441 Cincinnati, OH 45236 | 800-837-2828 | Equipment Services | | | | $3,393.30 |
| **Creekside 126, LLC** 34975 Northwestern Highway Suite 125 Farmington, MI 48331 | Cesare Piermarini, Esq. cesare.piermarini@lewisbrisbois.com 216-298-1259 | Lease arrearages for business premises from lease listed on Schedule G | | | | $119,129.90 |
| **Forward Financing** 53 State Street 20th Floor Boston, MA 02109 | 888-244-9099 | Business Loan | | | | $53,500.00 |
| **Gordon Food Service** P.O. Box 1787 Grand Rapids, MI 49501 | 616-530-7000 | Food Supplies | | | | $19,179.14 |
| **Parkview Advance** 400 Main Street Stamford, CT 06901 | 203-614-8178 | Business Loan | | | | $43,718.00 |
| **Progressive Equity Partners LLC** 77 Water St. Suite 4410 New York, NY 10005 | 303-953-4777 | Business Loan | | | | $35,596.96 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **Stadium Bar LLC**
Name

Case number *(if known)* **2:22-bk-51438**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Silverline Funding**<br>**265 Sunrise Highway**<br>**Suite 236**<br>**Rockville Centre, NY 11570** | **sam@silverlinefunding.com**<br>**718-208-4369** | **Business Loan** | | | | $8,100.00 |
| **Sysco Foods**<br>**4747 Gratyon Rd.**<br>**Cleveland, OH 44135** | **800-786-2100** | **Food Supplies** | | | | $16,845.04 |

# United States Bankruptcy Court
## Southern District of Ohio

| In re | Stadium Bar LLC | | Case No. | 22-51438 |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | 11 Sub V |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James P. Dawson, II**<br>**5965 Twin Pine Drive**<br>**New Albany, OH 43054** | | | **Sole Member** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 20, 2021**    Signature **/s/ James P. Dawson, II**
**James P. Dawson, II**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Ohio

In re **Stadium Bar LLC**                                                                                   Case No. **2:22-bk-51438**
　　　　　　　　　　　　　　　Debtor(s)                                                          Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Stadium Bar LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 19, 2022**
Date

**/s/ Michael A. Cox**
**Michael A. Cox 0075218**
Signature of Attorney or Litigant
Counsel for   **Stadium Bar LLC**
**Guerrieri, Cox & Associates**
**3478 N. High Street**
**Suite 100**
**Columbus, OH 43214**
**(614) 267-2871 Fax:(614) 267-2873**
**coxecf@gcdebt.com**